United States District Court
Southern District of Texas
**ENTERED**
March 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| YANNAIS BARBARA MATOS-ROBLES, | § § § | |
| Petitioner, | § | |
| v. | § § | CIVIL ACTION NO. 5:26-CV-198 |
| ATTORNEY GENERAL OF THE UNITED STATES, ET AL., | § § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. No. 1), and Federal Respondents' Motion for Summary Judgment, (Dkt. No. 15).

Petitioner claims that her detention is unconstitutional and requests immediate release. In her sworn declaration, she states that she was detained "without explanation, without warning, and without [the] opportunity to understand what was happening," and that she was "deprived of [her] liberty." (Dkt. No. 1 at 8). Pro se pleadings are construed liberally. *Collins v. Dall. Leadership Found.*, 77 F.4th 327, 330 (5th Cir. 2023) (citing *Haines v. Kerner*, 404 U.S. 519, 520–21 (1972)). The Court is inclined to construe Petitioner's statements as a procedural due process claim.

The Court **ORDERS** Federal Respondents to file and serve on Petitioner supplemental briefing by **March 17, 2026**, that responds to a procedural due process claim under the Fifth Amendment Due Process Clause.

The Clerk of Court is **DIRECTED** to mail this Order to Petitioner via regular mail and any receipted means to her address on file with the Court: Laredo Detention Center, 4702 E. Saunders St., Laredo, TX 78401.

It is so **ORDERED**.

**SIGNED** on March 10, 2026.

_____
John A. Kazen
United States District Judge